# EXHIBIT 1

 Gmail

Edward Fagan <faganinternational@gmail.com>

## 419 Scam Case Statement

**GP:DPCI CCU - Capt Chiloane** <ChiloaneEric@saps.gov.za>
To: "faganinternational@gmail.com" <faganinternational@gmail.com>

Fri, Mar 1, 2019 at 4:40 AM

To whom it may concern

It would be helpful if you could stay to work with our investigators through until Tuesday May 5th

We want to include our colleagues at the Cyber Crime Unit (419 Scam) and Interpol and perhaps the US Authorities since this matter involves transfers of US currencies

We will appreciate the evidence that you are trying to secure from your applications to the United States Courts and witnesses in the United States to help us in our Investigation and future prosecution of the Individuals/entities who are responsible for the crimes against you your partners

Regards

**Captain CHILOANE E**

**SERIOUS COMMERCIAL CRIME INVESTIGATION : DPCI Gauteng**

**Cell: 071 481 3402**

**Email Internal: GP:DPCI CCU - Capt Chiloane**

**Email External:** ChiloaneEric@saps.org.za



 Gmail

Edward Fagan <faganinternational@gmail.com>

## Sinoville CAS 347/01/2019

**GP:DPCI CCU - Capt Chiloane** <ChiloaneEric@saps.gov.za>
To: Interpol | Central Mail <interpol@saps.gov.za>
Cc: Edward Fagan <faganinternational@gmail.com>

Wed, Mar 27, 2019 at 1:47 AM

Dear Sir/Madam

The subject serves as reference

Mr E.D. Fagan ,the complainant who fell victim to internet fraud where over R181 000 000.00 (one hundred and eighty one million rand) was lost

Deposited money into around the world in countries like USA and China to mention few. The case is highly complicated and requires

Assistance at international Level

Please advise on the above matter

Your assistance on this matter will be highly appreciated

## Captain CHILOANE E

## SERIOUS COMMERCIAL CRIME INVESTIGATION : DPCI Gauteng

## Cell: 071 481 3402

## Email Internal: GP:DPCI CCU - Capt Chiloane

## Email External: ChiloaneEric@saps.org.za



HAWKS



