# EXHIBIT 2


## Misc Follow Up Regarding Nigerian Fraud

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>  
To: Edward Fagan <faganinternational@gmail.com>

Wed, Mar 6, 2019 at 9:17 PM

Mr. Fagan,

We will meet at the FBI office tomorrow: 2901 Leon C Simon Blvd, New Orleans, La. Park outside the gate. I will let the security guards know you are coming.

Please bring with you any documentation and contact information for all other law enforcement agencies involved.

Regards,

Krista

[Quoted text hidden]



Edward Fagan <faganinternational@gmail.com>

# Follow Up

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>　　　　Wed, Mar 13, 2019 at 11:21 AM
To: Edward Fagan <faganinternational@gmail.com>

Good morning Mr. Fagan,

I am following up from our meeting last week.

Can you please send me the contact information for your associates?

Also, I would appreciate the wire instructions and wire details for Johnbull Ejovi and David Gory as soon as you are able to get them together.

Thank you,

Krista Bradford



# Nigerian Fraud

**Bradford, Krista C. (NO) (FBI)** <kcbradford@fbi.gov>  Wed, Apr 3, 2019 at 6:10 PM
To: Edward Fagan <faganinternational@gmail.com>

Hello, Mr. Fagan,

Have you had a chance to get the documents together related to the instructions for the wires?

Thank you,

Krista

-

[Quoted text hidden]